UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **00-6146** CR-ZLOCH

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 856(a)
18 U.S.C. § 2

**MAGISTRATE JUDGE
SELTZER**

FILED by _____ D.C.
JUN - 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) |
| ANTHONY G. RAFFONE, | ) |
| | ) |
| Defendant. | ) |

## INDICTMENT

The Grand Jury charges that:

### COUNT I

From in or about October 1999 through on or about March 28, 2000, in North Lauderdale, Broward County, in the Southern District of Florida, the defendant,

**ANTHONY G. RAFFONE,**

did knowingly and intentionally combine, conspire, confederate and agree with persons known



and unknown to the Grand Jury to manufacture, that is, cultivate and grow, a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

## COUNT II

From in or about October 1999 through on or about March 28, 2000, in North Lauderdale, Broward County, in the Southern District of Florida, the defendant,

### ANTHONY G. RAFFONE,

did knowingly and intentionally manufacture, that is, cultivate and grow, a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT III

From in or about October 1999 through on or about March 28, 2000, in North Lauderdale, Broward County, in the Southern District of Florida, the defendant,

### ANTHONY G. RAFFONE,

did knowingly maintain a place, that is, the premises located at 333 S.W. 80th Terrace, North Lauderdale, Florida, for the purpose of manufacturing and distributing a Schedule I controlled substance, that is, marijuana, in violation of Title 21, United States Code, Section 856(a), and

Title 18, United States Code, Section 2.

                              A TRUE BILL:

                              _____
                              FOREPERSON

_____
GUY A. LEWIS
ACTING UNITED STATES ATTORNEY

_____
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

3

| UNITED STATES OF AMERICA | CASE NO. |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| ANTHONY G. RAFFONE | **Superseding Case Information:** |

**Court Division:** (Select One)

New Defendant(s) ____ Yes ____ No
Number of New Defendants ____
Total number of counts ____

____ Miami    ____ Key West
_X_ FTL    ____ WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    ___NO___
   List language and/or dialect

4. This case will take ___2-3___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)    (Check only one)

   I    0 to 5 days    _X_    Petty    ____
   II    6 to 10 days    ____    Minor    ____
   III    11 to 20 days    ____    Misdem.    ____
   IV    21 to 60 days    ____    Felony    _X_
   V    61 days and over    ____

6. Has this case been previously filed in this District Court? (Yes or No)    _NO_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?    (Yes or No)    ___NO___
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 1999? _ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 100765

*Penalty Sheet(s) attached    REV 4/7/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name** ANTHONY G. RAFFONE       **Case No.** _____

===================================    =========================================

Count #: 1

CONSPIRACY TO MANUFACTURE MARIJUANA

21 U.S.C. § 846

**Max. Penalty:**       5 YEARS' MANDATORY MINIMUM TO 40 YEARS' IMPRISONMENT; $2,000,000 FINE

==============================================================================
Count #: 2

MANUFACTURE OF MARIJUANA

21 U.S.C. § 841(a)(1)

**Max. Penalty:**       5 YEARS' MANDATORY MINIMUM TO 40 YEARS' IMPRISONMENT; $2,000,000 FINE
==============================================================================
Count #. 3

MAINTAINING PLACE FOR PURPOSE OF MANUFACTURING MARIJUANA

21 U.S.C. § 856(a)

**Max. Penalty:**       20 YEARS' IMPRISONMENT; $500,000 FINE
==============================================================================
Count #:


**Max. Penalty:**
==============================================================================
Count #:


**Max. Penalty:**
==============================================================================

==============================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.