AO 442 (Rev. 12/85) Warrant for Arrest          AUSA RICE/TFO HARRIS, DEA

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

ANTHONY G. RAFFONE

**WARRANT FOR ARREST**

CASE NUMBER: **00-6146**

CR-ZLOCH

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ANTHONY G. RAFFONE__
Name

MAGISTRATE JUDGE
SELTZER

and bring him or her forthwith to the nearest magistrate to answer a(n)

|X| Indictment  | | Information  | | Complaint  | | Order of court  | | Violation Notice  | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO MANUFACTURE, MANUFACTURE OF MARIJUANA AND MAINTAINING A PLACE FOR PURPOSE OF MANUFACTURING MARIJUANA

FILED by ___ D.C.
JUN - 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

in violation of Title __21__ United States Code, Section(s) __846, 841(a)(1) and 856(a)__

__Clarence Maddox__
Name of Issuing Officer

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

_[signature] Jenny Butler_
Issuing Officer

6/01/00 at Fort Lauderdale, Florida
Date and Location

_[signature] Lurana S. Snow_
LURANA S. SNOW
by __MAGISTRATE JUDGE__
Name of Judicial Officer

Bail fixed at $ _pretrial detention requested_

---

**RETURN**

This warrant was received and executed with the arrest of the above named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442 (Rev. 12/85) Warrant for Arrest



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

BOND RECOMMENDATION

ANTHONY G. RAFFONE
**DEFENDANT**

_PRETRIAL DETENTION_ (Surety, Recognizance, Corp. Surety, Cash)
(Jail)(On Bond) (Warrant)(Summons)
(Marshal's Custody)

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Fla Bar No. 100765

Last Known Address:

What Facility:

Agent(s):
**TFO GARY HARRIS**
(FBI)(SECRET SERVICE)(DEA)(CUSTOMS)(ATF)