UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6146-CR-Zloch

UNITED STATES OF AMERICA,
    Plaintiff,

v.

Anthony Raffone
    Defendant

ORDER ON INITIAL APPEARANCE

Language: English
Tape No. 00-_052_
AUSA: Mitrani
Agent:

The above-named defendant having been arrested on 6-16-00 having
appeared before the court for initial appearance on 6-16-00
and proceedings having been held in accordance with the law

ORDERED as follows:

1. _Christopher Roe_ appeared as _____ ( _retained_ / _appointed_ )
   Address _____
   Zip Code _____   Telephone _____

2. _____ 
   Address _____
   Zip Code _____

3. The defendant shall _____

4. Arraignment/Pre. XXXXXXXXXXXXXX set for _____

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. §3142(d) or (f) because _____

   A detention hearing, pursuant to 18 U.S.C. §3142(f), is set for 6-__-00 at __

6. The defendant shall be released from custody upon posting of the following type of appearance bond pursuant to 18 U.S.C. §3142:

   PTD Requested

This bond shall contain the standard conditions of bond printed on the face of this Court and in addition the defendant must comply with the special conditions checked below:

___ a. Surrender all passports and travel documents to the Pretrial Services Office of the Court
___ b. Report to Pretrial Services as follows _____ times a week by phone _____ times a week in person; other _____
___ c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law
___ d. Maintain or actively seek full-time gainful employment
___ e. Maintain or begin an educational program
___ f. Avoid all contact with victims of or witnesses to the crimes charged
___ g. Refrain from possessing a firearm, destructive device or other dangerous weapon
___ h. Comply with the following curfew: _____

- 1 -

3

____ 7. Comply with the following additional special conditions of this bond: _____

_____

_____

This bond was set   At Arrest   _____

   On Warrant   _____

   After Hearing   _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____

_____

__ If this space is checked, an evidentiary hearing pursuant to *United States v. Nebbia*, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

‾ The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

DONE AND ORDERED at Ft. Lauderdale this 16 day of June , 2000

UNITED STATES MAGISTRATE JUDGE

DISTRIBUTION
   WHITE to Court file
   BLUE to defendant
   GREEN to Assistant U.S. Attorney
   YELLOW to Counsel
   PINK to U.S. Marshal
   GOLD to Pretrial Services