| | |
|---|---|
| DEFT: Anthony Raffone (J)# | CASE NO: 00-6146-CR-Zloch |
| AUSA: Kathleen Rice present | ATTNY: Christopher Pole (Temp) |
| AGENT: | VIOL: 21:846, 841 |
| PROCEEDING: Initial Appearance | BOND REC: PTD |

BOND HEARING HELD - yes/no      COUNSEL APPOINTED: ____

____ BOND SET @ ____

CO-SIGNATURES: ____

SPECIAL CONDITIONS: ____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ____
11) Travel extended to: ____
12) ____ Halfway House
    ____ Electronic Monitoring

FILED by ____ D.C.
JUN 1 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 6-21-00 | 11:00 am | SNOW |
| PTD/BOND HEARING: | 6-21-00 | 11:00 am | SNOW |
| XX PRELIM/ARRAIGN. OR XXXXX REMOVAL: | 6-21-00 | 11:00 am | SNOW |
| STATUS CONFERENCE: | | | |

DATE: 6-16-00     TIME: 11:00am     TAPE # 00-052 PG #