# *United States District Court*

SOUTHERN _____ DISTRICT OF _____ FLORIDA   480274

UNITED STATES OF AMERICA

V.

ANTHONY G. RAFFONE

## WARRANT FOR ARREST

CASE NUMBER: **00-6146**

CR-ZLOCH

TO    The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __ANTHONY G. RAFFONE__

Name

**MAGISTRATE JUDGE**
**SELTZER**

and bring him or her forthwith to the nearest magistrate to answer a(n)

X | Indictment | | Information | | Complaint | | Order of court | | Violation Notice | | Probation Violation Petition

charging him or her with (brief description of offense)
CONSPIRACY TO MANUFACTURE, MANUFACTURE OF MARIJUANA AND MAINTAINING A PLACE FOR
PURPOSE OF MANUFACTURING MARIJUANA

in violation of Title _21_ United States Code, Section(s) __846, 841(a)(1) and 856(a)

__Clarence Maddox__
Name of Issuing Officer

Issuing Officer

Bail fixed at $ _pretrial detention requested_

__Court Administrator/Clerk of the Court__
Title of Issuing Officer

6/01/00 at Fort Lauderdale, Florida
Date and Location

ZURANA S. SNOW
by _MAGISTRATE JUDGE_
Name of Judicial Officer

| RETURN |
|---|

This warrant was received and executed with the arrest of the above named defendant at

FT. Lauderdale, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING |
|---|---|---|
| 6/1/00 | James A. Tassone, US Marshal | OFFICER |
| DATE OF ARREST | | |
| 6/16/00 | FOR:  DEA | Fred Depompa, SDUSM |

AO 442 (Rev. 12/85) Warrant for Arrest