UNITED STATES OF AMERICA,    :

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

v. _Anthony Raffone_    :

CASE NO. _00-6146_

NOTICE OF TEMPORARY
APPEARANCE AS COUNSEL

FILED
JUN 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

COMES NOW _Christopher Pole_ files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the understanding that the undersigned counsel will fulfill any obligations imposed by the Court such as preparing and filing documents necessary to collateralize any personal surety bond which may be set.

Counsel's Name (Printed) _Christopher Pole_

Counsel's Signature _____

Address _633 SE 3rd ave / 4F_
_Ft. Lauderdale, Fla_    Zip Code: _33301_

Telephone _954-728-8551_