COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ANTHONY RAFFONE (J)          CASE NO: 00-6146-CR-ZLOCH

AUSA: KATHLEEN RICE                ATTY: CHRIS POLE

AGENT:                             VIOL:

PROCEEDING BOND AGREEMENT/ IRC     RECOMMENDED BOND 125,000 PSB/20,000 CSB

BOND HEARING HELD - yes/no          COUNSEL APPOINTED

BOND SET @ 20,000 CSB + 125,000 PSB
w/ Nebbia

SPECIAL CONDITIONS:

1) To be cosigned by: sister

    - as directed

2) Rpt to PTS - x's a wk/month by phone;   x's a wk/month in person

3) Travel extended to:

4) surrender passport by 6.21.00 to PTS

Bond set @ 20,000 CSB + 125,000 PSB
Nebbia satisfied

FILED by ___ D.C.
JUN 19 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUDERDALE

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL: 6-27  11  Snow

                         PTD/BOND HRG:

                         PRELIM/ARRAIGN: 6-27  11  Snow

                         REMOVAL HRG:

                         STATUS CONF:

Date: 6/19/00    Time 11:00    FTL/LSS TAPE #00- 029    Begin: 128    End: 288