UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6146-CR-Zloch
MAGISTRATE: SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTHONY RAFFONE

        Defendants.
_____/

RECEIVED & FILED IN OPEN COURT
ON June 27, 2000 AT
Ft. Lauderdale FLA.

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

YOU WILL PLEASE ENTER THE APPEARANCE of the undersigned as Counsel of Record for Defendant, ANTHONY RAFFONE, for trial proceedings only, in the above cause.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing was furnished by hand this 27th day of June, 2000 to KATHLEEN RICE, ESQUIRE, UNITED STATES ATTORNEY'S OFFICE,

                              Respectfully submitted,

                              _____
                              CHRISTOPHER W. POLE, ESQUIRE
                              Fla. Bar No 320226
                              Attorney for Defendant
                               633 Southeast Third Avenue
                               Suite 4-F
                              Fort Lauderdale, Florida 33301
                              (954) 728-8551 Broward
                                FAX (954) 764-2590