DKTG
JUN 2 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 006146-CR-ZLOCH

UNITED STATES OF AMERICA

vs

ANTHONY RAFFONE

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 27, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:        Address: ON BOND FORM

                  Telephone:

DEFENSE COUNSEL:  Name: Christopher W. Pole
                  Address: 633 Southeast Third Avenue
                  Ft. Lauderdale, Fl. 33301
                  Telephone: 954-764-2590

BOND SET/CONTINUED:   $

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this 27TH day of JUNE, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: _____
Deputy Clerk

Tape No. 00-035

cc: Copy for Judge
    U. S. Attorney