COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ANTHONY RAFFONE (B)           CASE NO:  00-6146-CR-ZLOCH

AUSA: KATHLEEN RICE                 ATTY:   CHRIS POLE

AGENT:_____       VIOL:_____

PROCEEDING INQ RE CNSL/ARRAIGN.     RECOMMENDED BOND_____

BOND HEARING HELD - yes/no          COUNSEL APPOINTED_____

____ BOND SET @ _____

____ SPECIAL CONDITIONS: _____

1) To be cosigned by: _____

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to: _____

Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

FILED by ___ D.C.
JUN 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: _____

                         PTD/BOND HRG: _____

                         PRELIM/ARRAIGN: _____

                         REMOVAL_HRG: _____

                         STATUS CONF: July 12, 2000 @ 11:00 BSS

                         FTL/LSS
Date: 6/27/00   Time 11:00   TAPE #00- 035    Begin: _____  End: _____

14