UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6146-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

ANTHONY RAFFONE

Defendant.
_____/

FILED by _____ D.C.
JUL 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## STATUS REPORT

A status conference was held in this cause on July 12, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require two days to try. Plea negotiations, however, are ongoing.

2. Defense counsel informed the Court that he has received the Government's discovery response and that there are no motions pending.

DATED at Fort Lauderdale, Florida this ____ day of July, 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William J. Zloch
United States District Judge

United States Attorney's Office

Chris Pole, Esq.
Attorney for Defendant