| | | | |
|---|---|---|---|
| DEFT: | Anthony Raffone (no deft needed) | CASE NO: | 00-6146-CR-Zloch |
| AUSA: | Kathleen Rice /Finnigan/ | ATTNY: | Chris Pole *Not present* |
| AGENT: | | VIOL: | |
| PROCEEDING: | Status Conference | BOND REC: | |

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: _____

FILED by ___ D.C.
JUL 1 2 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ x's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House _____
    ____ Electronic Monitoring _____

Atty. Pole cannot attend today's hearing. He says that he has received discovery and has no motions pending.

2 days to try
Gov't ready
possible plea

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 7-12-00   TIME: 11:00am   TAPE # 00-056   PG # 4
793-805