UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6146-CR-ZLOCH/SELTZER

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)
21 U.S.C. § 856(a)
18 U.S.C. § 2



FILED by _____ D.C.
AUG 1 0 2000
C. E... S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) |
| ANTHONY G. RAFFONE, | ) |
| Defendant. | ) |

### SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNT I

From in or about October 1999 through on or about March 28, 2000, in North Lauderdale, Broward County, in the Southern District of Florida, the defendant,

**ANTHONY G. RAFFONE,**

did knowingly and intentionally combine, conspire, confederate and agree with persons known



and unknown to the Grand Jury to manufacture, that is, cultivate and grow, at least 100 marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B); all in violation of Title 21, United States Code, Section 846.

## COUNT II

From in or about October 1999 through on or about March 28, 2000, in North Lauderdale, Broward County, in the Southern District of Florida, the defendant,

### ANTHONY G. RAFFONE,

did knowingly and intentionally manufacture, that is, cultivate and grow, at least 100 marijuana plants, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT III

From in or about October 1999 through on or about March 28, 2000, in North Lauderdale, Broward County, in the Southern District of Florida, the defendant,

### ANTHONY G. RAFFONE,

did knowingly maintain a place, that is, the premises located at 333 S.W. 80th Terrace, North Lauderdale, Florida, for the purpose of manufacturing and distributing a Schedule I controlled substance, that is, at least 100 marijuana plants, in violation of Title 21, United States Code,

Section 856(a) and Title 18, United States Code, Section 2.

A TRUE BILL:

*[signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name ANTHONY G. RAFFONE    Case No. 00-6146-CR-ZLOCH(s)

===================================    =========================================

Count #: 1

CONSPIRACY TO MANUFACTURE MARIJUANA

21 U.S.C. § 846

**Max. Penalty:**    5 YEARS' MANDATORY MINIMUM TO 40 YEARS' IMPRISONMENT; $2,000,000 FINE

================================================================================

Count #: 2

MANUFACTURE OF MARIJUANA

21 U.S.C. § 841(a)(1), (b)(1)(B)

**Max. Penalty:**    5 YEARS' MANDATORY MINIMUM TO 40 YEARS' IMPRISONMENT; $2,000,000 FINE

================================================================================

Count #. 3

MAINTAINING PLACE FOR PURPOSE OF MANUFACTURING MARIJUANA

21 U.S.C. § 856(a)

**Max. Penalty:**    20 YEARS' IMPRISONMENT; $500,000 FINE

================================================================================

Count #:


**Max. Penalty:**

================================================================================

Count #:


**Max. Penalty:**

================================================================================

================================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.