UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6146-CR-ZLOCH

UNITED STATES OF AMERICA

v.

ANTHONY RAFFONE

| TYPE OF CASE | CRIMINAL |

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

PLACE:                           COURTROOM A
299 E. BROWARD BLVD.             DATE & TIME:
FT. LAUDERDALE, FL 33301         August 25, 2000 at 2:30 PM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: August 10, 2000

cc:
Kathleen Rice, Esq., AUSA
Christopher Pole, Esq.

FILED by _____ D.C.
AUG 1 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

