

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6146-CR-Zloch (s)

UNITED STATES OF AMERICA

vs

Anthony Raffone

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  8-11-00 , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:          Address: ___See Bond___

                    Telephone: _____

DEFENSE COUNSEL:    Name: ___Christopher Pole___

                    Address: _____

                    Telephone: _____

BOND SET/CONTINUED: $ ___Cont'd on bond as set___

Bond hearing held: yes____ no____ Bond hearing set for _____

Dated this __11__ day of __August__, 20 _00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No. __00-067__

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services