DEFT: Anthony Raffone (B)    CASE NO: 00-6146-CR-Zloch (s)
AUSA: Kathleen Rice /present/    ATTNY: Christopher Poleo /present/
AGENT:    VIOL:
PROCEEDING: Arraignment on SS Indictment    BOND REC:
BOND HEARING HELD - yes/no    COUNSEL APPOINTED:

___ BOND SET @
CO-SIGNATURES:
SPECIAL CONDITIONS:

FILED by ___ D.C.
AUG 1 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL:    N/A
STATUS CONFERENCE:
DATE: 8-11-00    TIME: 11:00am    TAPE # 00-067 PG # 184-206