UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
AUG 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6146-CR-Zloch  DATE 8-25-00
CLERK Carline Newby  REPORTER Carl Schanzleh
PROBATION  INTERPRETER

UNITED STATES OF AMERICA v. Anthony Raffone

U. S. ATTORNEY Kathleen Rice  DEFT COUNSEL Christopher Pole

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Change of Plea to Count 2 of Superseding Indictment

RESULT OF HEARING Deft entered a plea of guilty to Count 2

JUDGMENT Court accepted plea & adjudged deft guilty to Count 2

CASE CONTINUED TO 11-6-00 TIME 2:00 PM FOR Sentencing

MISC Written Plea Agreement