United States District Court
for
SOUTHERN FLORIDA

U.S.A. vs. **ANTHONY RAFFONE**          DOCKET NO. **00-6146-CR-ZLOCH**

Petition for Action on Conditions of Pretrial Release

COMES NOW **LIZA LLANOS**, Pretrial Services Officer, presenting an official report upon the conduct of defendant **ANTHONY RAFFONE** who was placed under pretrial release supervision by the **HONORABLE LURANA S. SNOW** sitting in the court at **FT. LAUDERDALE,** on the **6TH day of JUNE 2000** under the following conditions:

1-$125,000 Personal Surety Bond co-signed by his sister and $20,000 Corporate Surety Bond with Nebbia
2-Report to Pretrial Services as directed
3-Travel restricted to SD/FL and MD/FL as of 6/27/00
4-Surrender passport to Pretrial Services by close of business on 6/21/00

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here, if lengthy write on separate sheet and attach)

The defendant has violated the standard condition of release that he not commit any violation of State or Federal law, by way of testing positive for marijuana on 8/31/00 as confirmed positive by PharmChem Laboratories on 9/8/00. Pretrial Services obtained copies of urinalysis documents from U. S. Probation on 9/18/00.

**PRAYING THAT THE COURT WILL ORDER: Modification of the defendant's bond to include random urinalysis drug testing and/or treatment as directed by Pretrial Services.**

ORDER OF COURT

Considered and ordered this
_____ Day of _OCTOBER_, 2000
and ordered filed and made a part of the records in the above case.

_____
Honorable William J. Zloch
Chief U.S. District Judge

Respectfully,

_____
Liza Llanos
U.S. Pretrial Services Officer

Place  Ft. Lauderdale, FL
Date  September 27, 2000

29