UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
NOV 0 6 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6146-Cr-Zloch   DATE 10-6-00
CLERK Carlene Neesley   REPORTER Carl Schanzler
PROBATION Ed Cechey   INTERPRETER _____

UNITED STATES OF AMERICA v. Anthony Raffone

U. S. ATTORNEY Kathleen Rice   DEFT COUNSEL Christopher Pole

DEFENDANT: (PRESENT)   NOT PRESENT   (ON BOND)   IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct. 2 - 60 months custody of BOP - 4 yrs Supervised Release $100 assessment - Spec Cond - Participate in Drug/Alcohol abuse program;
JUDGMENT Execution of sentence deferred until Noon, Jan 5, 2001 — Ct Recommends a facility in Florida capable of treating substance abuse problems.

CASE CONTINUED TO _____   TIME _____   FOR _____

MISC _____

30