-cr-06146-WJZ ~~AO 245B (Rev. 8/96) Judgment in a Criminal Case~~ Document 32     Entered on FLSD Docket 01/18/2001     P
~~Sheet 2 Imprisonment~~

Judgment – Page   2   of   6

DEFENDANT:       ANTHONY G. RAFFONE
CASE NUMBER:     00-6146-CR-ZLOCH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of       60 months.

[x]  The court makes the following recommendations to the Bureau of Prisons:

a facility in Florida capable of treating defendant's substance abuse problem.

[ ]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district:

    [ ]  at _____ a.m./p.m. on _____ .

    [ ]  as notified by the United States Marshal.

[xx]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [x]  before ~~2xxxxxx~~ noon January 5, 2001 .

    [ ]  as notified by the United States Marshal.

    [ ]  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant ~~delivered~~ V/S on  1-5-01 _____ to  FPC Eglin AFB FL

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
~~Deputy U.S. Marshal~~   L1E